Kevin T. Simon - SBN 180967
The Law Offices of Kevin T. Simon, APC
21241 Ventura Blvd., Suite 253
Woodland Hills, CA 91364
Tel: (818) 783-1674
Facsimile: (818) 783-6253
Email: kevin@ktsimonlaw.com

Attorney for Debtor,
Wayne Lawrence Simon

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>WAYNE LAWRENCE SIMON,<br><br><br>Debtor(s) | CHAPTER   13<br>CASE NO.:   2:21-bk-18656-NB<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD; DECLARATION OF KEVIN T. SIMON IN SUPPORT THEREON**<br><br>[No Hearing Required Pursuant to LBR [2091-1(a)], [9013-1(p)(4)]] |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, THE CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

THE LAW OFFICES OF KEVIN T. SIMON (hereinafter "KTS"), counsel for Wayne Lawrence Simon (hereinafter "Debtor"), respectfully moves this Court to be relieved as counsel in the above-entitled bankruptcy proceeding as follows:

The Debtor has failed to maintain effective communication and trust with Debtor's counsel which has deteriorated the attorney-client relationship, thus making it impossible to

continue effective legal representation in the within Chapter 13 bankruptcy proceeding. (See Declaration of Kevin T. Simon). Moreover, revealing the facts on which this Motion is based would involve disclosure of client confidences. The undersigned represents that good grounds for withdrawal exist under Rules of Professional Conduct Rule 3-700(c). (See Declaration of Kevin T. Simon.).

Based on the above-circumstances, it is the belief of KTS that the continued effective representation of the Debtor is no longer feasible. Wherefore, the Moving party prays that this Court enter an Order relieving KTS as attorneys of record for the above-named Debtor in his Chapter 13 proceedings.

Date: October 24, 2022

THE LAW OFFICES OF KEVIN T. SIMON, APC

Kevin T. Simon, Attorney

## **DECLARATION OF KEVIN T. SIMON IN SUPPORT OF MOTION**

I, Kevin T. Simon, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all the below statements.

1. THE LAW OFFICES OF KEVIN T. SIMON, APC represents the Debtor, Wayne Lawrence Simon, in the instant Chapter 13 bankruptcy, Case Number: 2:21-bk-18656-NB, which was filed on November 15, 2021.

2. The Debtor has failed to maintain effective communication and trust with me and my office, which has deteriorated the attorney-client relationship, thus making it impossible to continue effective legal representation in the within Chapter 13 bankruptcy proceeding.

3. Moreover, revealing the facts on which this Motion is based would involve disclosure of client confidences. I represent that good grounds for withdrawal exist under Rules of Professional Conduct Rule 3-700(c).

4. Based these circumstances, it is my belief that the continued effective representation of the Debtor is no longer feasible.

5. Accordingly, I request that this Court enter an Order relieving THE LAW OFFICES OF KEVIN T. SIMON, APC as attorneys of record for the above-named Debtor in his Chapter 13 proceedings.

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration is executed October 24, 2022, at Woodland Hills, California.

_____
Kevin T. Simon

| In re:<br><br>Wayne Lawrence Simon,<br><br>                                              Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 2:21-bk-18656-NB |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

The Law Offices of Kevin T. Simon, APC 21241 Ventura Blvd., Suite 253 Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled **MOTION TO WITHDRAW AS ATTORNEY OF RECORD; DECLARATION OF KEVIN T. SIMON IN SUPPORT THEREON** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 24, 2022 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Kathy A Dockery (TR):**         efiling@CH13LA.com
**United States Trustee (LA):**   ustpregion16.la.ecf@usdoj.gov
**Kevin T. Simon**                kevin@ktsimonlaw.com
**Padgett Law Group**             Mary.Vitartas@Padgettlawgroup.com    Kris.Zilberstein@Padgettlawgroup.com
**LCI Inc**                       lyip@lciinc.com
**Prober and Raphael, ALC**       dtorres-brito@pralc.com            ☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On October 24, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 24, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy: Honorable Neil W. Bason 255 E. Temple Street, Suite 1552 / Ctrm.  1545  Los Angeles, CA 90012**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 24, 2022 | Alyssum Gruenfeldt-Roy | /s/ Alyssum Gruenfeldt-Roy |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     **F 9013-3.1.PROOF.SERVICE**

| In re:<br><br>Wayne Lawrence Simon,<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 2:21-bk-18656-NB |
|---|---|

**ADDITIONAL SERVICE LIST:**

**Debtor**
Wayne Lawrence Simon
4426 West 64th St.
Inglewood, CA 90302

Nationstar Mortgage
P.O. Box 650783
Dallas, TX 75265-0783

Quality Loan Service Corp
2141 5th Avenue
TS #CA-09-297899-AB)
San Diego, CA 92101

The Bank of New York Mellon
101 Barclay Street, 4W
New York, NY 10286

Chapter 13 Trustee
Kathleen Dockery
700 South Flower St., Ste. 1950
Los Angeles, CA 90051

Office of the United States Trustee
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017

GITSIT Solutions LLC, fka Kondaur Capital, LLC
c/o Prober $ Raphael A Law Corp
20750 Ventura Blvd, Ste #100
Woodland Hills, ca 91364
Attn: Diana Torres-Brito, Atty.

GOLDMAN SACHS MORTGAGE COMPANY
represented by  Larry Yip
LCI Inc
111 Anza Blvd Ste 310
Burligame, CA 94010

Kristin A Zilberstein
Padgett Law Group
5501 LBJ Freeway, Suite 925
Dallas, TX 75240

MCLP Asset Company, Inc.
represented by  Mary D Vitartas
Padgett Law Group
6267 Old Water Oak Rd
Ste. 203
Tallahassee, FL 32312

Convergent Outsourcing, Inc.
Attn: Bankruptcy
800 Sw 39th St, Ste 100
Renton, WA 98057-4927

GITSIT Solutions LLC, fka Kondaur Capital, L
333 South Anita Drive, Suite 400
Orange, CA 92868-3314

Goldman Sachs Mortgage Company c/o Shellpoint
Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kondaur Capital Corp
One City Blvd West
Orange, CA 92868-3639

Midland Fund
Attn: Bankruptcy
350 Camino De La Reine, Suite 100
San Diego, CA 92108-3007

Quantum3 Group LLC as agent for Sadino Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Security Credit Services
Attn: Bankruptcy
Po Box 1156
Oxford, MS 38655-1156

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Toyota Motor Credit Corporation
c/o Becket and Lee LLP
PO Box 3002
Malvern  PA 19355-0702

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                          F 9013-3.1.PROOF.SERVICE